1

2

3

4

5

6

7

8                        **UNITED STATES DISTRICT COURT**

9                      **CENTRAL DISTRICT OF CALIFORNIA**

10

11   RAYMOND E. McCLENTON,              ) NO. CV 08-00569-VBF (MAN)
                                        )
12                  Petitioner,         )
                                        )
13       v.                             ) ORDER ADOPTING FINDINGS,
                                        )
14   BEN CURRY, WARDEN,                 ) CONCLUSIONS, AND RECOMMENDATIONS
                                        )
15                  Respondent.         ) OF UNITED STATES MAGISTRATE JUDGE
     _____)

16

17       Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition

18   for Writ of Habeas Corpus, all of the records herein, the Amended Report

19   and Recommendation of United States Magistrate Judge ("Report"), and

20   Petitioner's "Opposition" to the Report.   Pursuant to 28 U.S.C. §

21   636(b)(1)(C) and Fed. R. Civ. P. 72(b), the Court has conducted a *de*

22   *novo* review of those matters to which objections have been stated in

23   writing.  Having completed its review, the Court accepts and adopts the

24   Report and the findings of fact, conclusions of law, and recommendations

25   therein.

26   ///

27   ///

28   ///

1    IT IS ORDERED that:  (1) the Petition is denied; and (2) Judgment

2  shall be entered dismissing this action with prejudice.

3

4    IT IS FURTHER ORDERED that the Clerk serve copies of this Order and

5  the Judgment herein on the parties.

6

7    LET JUDGMENT BE ENTERED ACCORDINGLY.

8

9  DATED:  03-22-11

10
                            _____
11                          HON. VALERIE BAKER FAIRBANK
                            UNITED STATES DISTRICT JUDGE
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28